COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| IN RE | | |
|  | § | No. 08-11-00146-CV |
| TERESA CORRAL-LERMA, | § | AN ORIGINAL PROCEEDING |
|  | § | |
| RELATOR. | | |
|  | § | |

**MEMORANDUM  OPINION**

Relator filed a petition for writ of prohibition and writ of mandamus, contending that the trial court lacks jurisdiction to conduct a trial on the issue of attorney's fees because its plenary power has expired and an appeal is pending in this Court. *See In re Miranda*, 142 S.W.3d 354, 356 (Tex.App.--El Paso 2004, orig. proceeding)(holding that writ of mandamus will issue if trial court enters void order after its plenary power expires); *In re Nguyen*, 155 S.W.3d 191, 194 (Tex. App.--Tyler 2003, orig. proceeding)(holding that writ of prohibition will issue to enforce jurisdiction of appellate court).  Relator has the burden of showing that she is entitled to an extraordinary writ. *See In re Am. Nat'l Ins. Co.*, 242 S.W.3d 831, 834 (Tex.App.--El Paso 2007, orig. proceeding); TEX.R.APP.P. 52.7(a)(1).  Relator has not met this burden.  Accordingly, the petition is denied.


May 25, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.